VALUE OIL COMPANY v. BOARD OF ADJUSTMENT OF TOWNSHIP OF GREEN BROOK.

December 10, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO BROWN.

December 10, 1975. Petition for certification denied.

JOHN KOPLISH v. S. J. GROVES & SONS COMPANY.

December 10, 1975. Petition for certification denied.

IN THE MATTER OF FRED F. HELLER, R. P.

January 20, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. EDWARD SADOWSKI, JR.

January 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CARL SODEN.

January 29, 1976. Petition for certification denied.